IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JESSIE DOMENIQUE JEFFERSON                                                        PLAINTIFF

VERSUS                                                  CIVIL ACTION NO. 2:19cv92-KS-MTP

NATHAN COOK, individually and
as an Officer of Columbia Police Department,
and CITY OF COLUMBIA, MISSISSIPPI                                                DEFENDANTS

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

ON THIS DAY, this civil action came on for consideration by the Court, and the parties, through their representative attorneys of record, having announced that the above styled and numbered action, Civil Action No. 2:19-cv-92-KS-MTP, has been compromised and settled as to all claims, and this Court finds that said civil action, Civil Action No. 2:19-cv-92-KS-MTP, should, accordingly, be dismissed with full prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above styled and numbered action, Civil Action No.2:19-cv-92-KS-MTP, be and the same is hereby dismissed with full prejudice with each party to bear its respective costs.

SO ORDERED AND ADJUDGED on this the  11th  day of February, A. D., 2020.

                                                              s/Keith Starrett
                                                  UNITED STATES DISTRICT JUDGE

APPROVED:

 /s/Charles R. Mullins
Attorney for Plaintiff

 /s/ Lawrence E. Hahn
Attorney for Defendants
Prepared by:
Lawrence E. Hahn, MB No. 8954
McNeese & Hahn, PLLC
338 Church Street
P. O. Drawer 948
Columbia, MS 39429
(601) 731-5020